IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **ANTHONY LAMONT GARDNER, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:23cv610 |
| | : | |
| | : | |
| **KENYATTA MOMON, et al.,** | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b)

COME NOW the Defendants, by counsel, and move for summary judgment pursuant to Fed. R. Civ. P. 56(b), for the reasons set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,
**KEYATTA MOMON**
**THOMAS ARMEL**
**COUNTY OF FAIRFAX**

**ELIZABETH D. TEARE**
**COUNTY ATTORNEY**

By:  _____/s/_____
**Kimberly P. Baucom, Esquire**
**Deputy County Attorney**
Virginia State Bar No. 44419
**Marin B. Greene, Esquire**
**Assistant County Attorney**
Virginia State Bar No. 81418
12000 Government Center Parkway
Suite 549
Fairfax, VA   22035-0064
(703) 324-2421
(703) 324-2665 fax
kimberly.baucom@fairfaxcounty.gov
marin.greene@fairfaxcounty.gov
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 6th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a true copy of the foregoing to the following:

Donna L. Biderman
Law Office of Donna L. Biderman, PLLC
4015 Chain Bridge Road, Suite 38
Fairfax, Virginia 22030
dbiderman@bidermanlaw.com
Counsel for Plaintiff


                                                                          /s/
                                                Kimberly P. Baucom