IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANTHONY LAMONT GARDNER, JR.,  :<br>    Plaintiff, :<br>    :<br>v. :<br>    :<br>    :<br>KENYATTA MOMON, et al., :<br>    Defendants. : | Civil Action No. 1:23cv610 |

### DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b)

PLEASE TAKE NOTICE that on Thursday, April 4, 2024, at 10:00 a.m., the Defendants, by counsel, will move the Court for summary judgment pursuant to Fed. R. Civ. P. 56(b).

                                                    Respectfully submitted,
                                                    **KEYATTA MOMON**
                                                    **THOMAS ARMEL**
                                                    **COUNTY OF FAIRFAX**

**ELIZABETH D. TEARE**
**COUNTY ATTORNEY**

By:           /s/                    
       **Kimberly P. Baucom, Esquire**
       **Deputy County Attorney**
       Virginia State Bar No. 44419
       **Marin B. Greene, Esquire**
       **Assistant County Attorney**
       Virginia State Bar No. 81418
       12000 Government Center Parkway
       Suite 549
       Fairfax, VA   22035-0064
       (703) 324-2421
       (703) 324-2665 fax
       kimberly.baucom@fairfaxcounty.gov
       marin.greene@fairfaxcounty.gov
       *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a true copy of the foregoing to the following:

Donna L. Biderman
Law Office of Donna L. Biderman, PLLC
4015 Chain Bridge Road, Suite 38
Fairfax, Virginia 22030
dbiderman@bidermanlaw.com
Counsel for Plaintiff


                                                      /s/
                                      Kimberly P. Baucom