# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| Anthony Lamont Gardner, Jr | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:23-cv-00610 |
| | ) | (PTG/WBP) |
| | ) | |
| Kenyatta Momon, et al | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 04/09/2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
J. Lanham
Deputy Clerk

Dated: 04/09/2024
Alexandria, Virginia